**No. 09-8343. Jorge Jaramillo-Avelino, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1414.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 978.

**No. 09-8344. Maurice Oparaji, Petitioner v. The New York Mortgage Company, LLC.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1319.

February 22, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 55 App. Div. 3d 429, 866 N.Y.S.2d 69.

**No. 09-8346. Miguel Orlando-Mena, aka Miguel Mena, aka Noel Mena, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1408.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 347 Fed. Appx. 690.

**No. 09-8347. Cosme Medina-Villa, aka Cosme Medina-Maella, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1241.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 567 F.3d 507.

**No. 09-8348. Rodney Royce Miller, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1272.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 287.

**No. 09-8359. James Terrell Johnson, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1546, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1314.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 345 Fed. Appx. 938.

**No. 09-8365. Jose Antonio Verdugo-Munoz, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1546, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1455.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 343 Fed. Appx. 287.

**No. 09-8369. Keith Russell Judd, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1547, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1447,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.